UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALISON GEORGE,** *individually and on behalf of those similarly situated*,<br><br>**Plaintiff,**<br><br>v.<br><br>**MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.;** *and* **JOHN DOES 1 TO 10,**<br><br>**Defendants.** | Docket No.: 18-cv-15830<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

**THIS MATTER** comes before the Court on a Motion to Compel Arbitration filed by Defendants Midland Funding, LLC and Midland Credit Management. ECF No. [14]. For the reasons stated in the accompanying opinion,

**IT IS** on this 25th day of June, 2019, hereby,

**ORDERED** as follows:

1. Defendants Motion, ECF No.[14], is **GRANTED**;

2. The Complaint is **DISMISSED** and the parties shall proceed to arbitration.


          */s/ William J. Martini*
          **WILLIAM J. MARTINI, U.S.D.J.**